UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/09
```

------------------------------------------------x
ABC,
:
                       Plaintiff,
:
         - against -
:
XYZ,
:
                      Defendant.
:
------------------------------------------------x

01 Civ. 7807 (TPG)

**ORDER**

      Approximately every two weeks, injunction orders are entered in ABC v. XYZ and other related trademark infringement cases. All of these orders direct the Clerk of the Court to file the injunctions under seal. These orders also contain a uniform provision permitting the orders to be unsealed and reflected on the docket after two weeks.

      In order to save time and resources, the Clerk of the Court need not place every order of injunction under seal in the vault. Rather, the Clerk of the Court may hold the sealing envelopes in the Clerk's Office until two weeks have elapsed and superseding injunctions have been issued to post the injunction orders on the docket.

Dated: New York, New York
       November 20, 2009

SO ORDERED

*Thomas P. Griesa*
Thomas P. Griesa
U.S.D.J.